GEAUGA COUNTY BAR ASSOCIATION *v.* PSENICKA.

[Cite as *Geauga Cty. Bar Assn. v. Psenicka*
(1991), 62 Ohio St.3d 35.]

(No. 91–857—Submitted June 26, 1991—Decided October 9, 1991.)

*A.P. Leary* and *Emil F. Sos, Jr.,* for relator.

*A. Milton Psenicka, pro se.*

---

*Per·Curiam.*  We agree with the board's findings and recommendation. Thus, we hereby publicly reprimand respondent for having violated DR 4–101(B)(2), 4–101(B)(3) and 5–105(A).  Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.